PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Hakim Fennell                                              Cr.: 03-00187-003

Name of Original Sentencing Judicial Officer: Honorable John Bissell

Date of Original Sentence: 08/03/04

Original Offense: Bank Fraud

Original Sentence: 22 months incarceration, 3 years supervised release, restitution: $25,703.15, $200 special assessment fee, drug treatment, financial disclosure, no new debt/credit, and domestic violence treatment.

Type of Supervision: Supervised Release

Date Supervision Commenced: 06/08/05

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states, **"You shall not commit another federal, state, or local crime."**<br><br>On August 14, 2007, Fennell was arrested by the Hazlet Police Department, Hazlet, New Jersey, for operating a unregistered vehicle with a suspended driver's license, failure to have liability insurance, and improper maintenance of lamps and reflectors. Fennell was given a summons and has a pending court date of October 22, 2007 in Hazlet Municipal Court. |
| 2 | The offender has violated the supervision condition which states, **"The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."**<br><br>Fennell was arrested on August 14, 2007; however, he did not disclose the arrest to the probation office until September 26, 2007, when he was specifically questioned as to whether or not he had any law enforcement contacts. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states, **"The defendant shall submit a truthful and complete written report within the first five days of each month."** |
| | The offender submitted a written monthly report for August 2007 and failed to indicate that he was questioned and arrested by officers from the Hazlet Police Department. |
| 4 | The offender violated a special condition ordering payment of restitution in the amount of $25,703.15. |
| | The offender is delinquent with restitution payments. He has been on supervision for over two years, and has paid a total of $125 toward this obligation. The offender has made minimal payments towards his restitution obligation because he lacks a consistent income due to his sporadic work history. At the direction of the probation office, the offender has been employed since September 29, 2007. |

U.S. Probation Officer Action:

On September 4, 2007, the probation office directed Fennell to obtain gainful employment by October 1, 2007, both verbally and in writing. On September 29, 2007, Fennell began employment at the Kings Supermarket in Summit, New Jersey. The probation office has increased the intensity of supervision through frequent telephone, field, and office contacts, as well as enhanced our urine collection efforts. On October 9, 2007, the offender agreed to make monthly payments of $100 towards his restitution obligation. On September 4, 2007 and October 3, 2007, the offender met with the probation officer and her supervisor and discussed his responsibilities to the probation office and the importance of improving his overall communication skills. Since then, Fennell has enhanced his communication efforts with the probation office and has reported changes as directed. The probation office will continue to actively monitor the offender's progress and compliance.

Respectfully submitted,
By: Suzanne J. Golda
U.S. Probation Officer
Date: 10/17/07

*Probation recommends permission from the Court to present this document to the offender as a formal judicial written reprimand, unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

11/21/07
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

October 19, 2007

**SUPERVISION UNIT**
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Melvin K. Jackson, Deputy-In-Charge
U.S. District Court Clerk's Office
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 4015
P.O. Box 419
Newark, New Jersey 07101

> **RE:  Hakim FENNELL**
> Dkt. No.: 03-00187-003
> **Request for Assignment of Case to U.S. District Court Judge**

Dear Mr. Jackson:

On August 3, 2004, the above-referenced was sentenced before the Honorable John Bissell to 22 months imprisonment to be followed by three years supervised release for Bank Fraud. Special conditions include drug testing/treatment, financial disclosure, domestic violence treatment, and no new debt. Fennell was also ordered to pay restitution in the amount $25,703.15 and a $200 special assessment.

The offender is in non-compliance of his supervision conditions. We are requesting this case be reassigned for judicial administration so we can proceed with a report of non-compliance.

If you have any questions or concerns please contact the undersigned at (973) 645-3175. Thank you.

Sincerely,

By: Suzanne J. Golda
U.S. Probation Officer

sjg/

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

October 19, 2007

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

U.S. District Judge-Designate
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE:   **FENNELL, Hakim**
      **Dkt. No.: 03-00187-003**
      **Notice of Non-Compliance**

Dear Judge-Designate:

On August 3, 2004, Hakim Fennell was sentenced by the Honorable John Bissell to 22 months imprisonment followed by a three-year term of supervised release for the offense of Bank Fraud. The offender was also ordered to pay restitution in the amount of $25,703.15, a $200 special assessment, and abide by the following special conditions: drug urinalysis/treatment, financial disclosure, no new debt, and domestic violence treatment. Fennell has been supervised by this office since his release from custody on June 8, 2005.

On August 14, 2007, the offender was arrested by the Hazlet, New Jersey Police Department and was issued a summons for operating an unregistered vehicle with a suspended driver's license, failing to have liability insurance, and improper maintenance of lamps and reflectors. The offender has a hearing pending in Hazlet Municipal Court on October 22, 2007. At the time of Fennell's arrest, it was determined that he had an outstanding warrant in Irvington Municipal Court for not paying a $900 fine ordered on a prior drug conviction. Hazlet authorities transported Fennell to Irvington without incident to answer the charges on the outstanding warrant. As the charges occurred prior to the term of our supervision, it is not an issue of non-compliance; however, the offender's failure to notify our office about the arrests in Hazlet and Irvington are contrary to the standard condition to report all law enforcement contacts within 72-hours. Additionally, Fennell did not note the law enforcement contact in his monthly supervision report for August 2007. The offender is also delinquent on the restitution order, and his employment throughout supervision has been sporadic.

In view of the cited instance of non-compliance, we are respectfully submitting a petition for the Court's consideration and approval. As stated in the enclosed petition, we are working with the offender to gain compliancy. If he fails to do so, we will immediately seek action by the Court. Please contact me at 973-645-3175 if you have any questions.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Suzanne J. Golda
U.S. Probation Officer

/sjg
Enclosure(s)