PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hakim Fennell                                                               Cr.: 03-00187-003

Name of Sentencing Judicial Officer: Honorable John W. Bissell–reassigned to the Honorable Jose L. Linares on November 27, 2007

Date of Original Sentence: 08/03/04

Original Offense: Bank Fraud

Original Sentence: 22 months incarceration, 3 years supervised release, restitution: $25,703.15, $200 special assessment fee, drug treatment, financial disclosure, no new debt/credit, and domestic violence treatment.

Type of Supervision: Supervised Release

Date Supervision Commenced: 06/08/05

## PETITIONING THE COURT

[ ]  To extend the term of supervision for         Years, for a total term of         Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

### CAUSE

Throughout his supervision term, the offender has exhibited depressive symptoms (e.g. inability to maintain employment and lack of motivation). The offender recently asked our office for assistance in obtaining mental health treatment to address the depression. Given his traumatic childhood and self-reported depression, the U.S. Probation Office believes the offender can benefit from a mental health evaluation and/or treatment.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: November 28, 2007

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12-7-07
_____
Date