PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hakim Fennell                                         Cr.: 03-00187-003

Name of Sentencing Judicial Officer: The Honorable John W. Bissell (reassigned to the Honorable Jose L. Linares)

Date of Original Sentence: 08/03/04

Original Offense: Conspiracy to Commit Bank Fraud and Bank Fraud

Original Sentence: 22-month-term of incarceration, three-year-term of supervised release, restitution in the amount of $25,703.15, financial disclosure, no new debt, anger management, $200 special assessment

Type of Supervision: Supervised Release                  Date Supervision Commenced: 02/01/06

Assistant U.S. Attorney: Maureen Ruane                  Defense Attorney: Michael V. Calabro, Esq.

### PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On December 18, 2007, Fennell was arrested by police in Irvington, New Jersey, for possession of ninety bags of crack cocaine with the intent to distribute within 1,000 feet of a school.  He is currently incarcerated. |

Respectfully submitted,

By:  Suzanne Golda
       U.S. Probation Officer
Date:  12/21/07

THE COURT ORDERS:

[ ] The Issuance of a Summons.  Date of Hearing:
[✓] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer


_____
12/28/07
Date